UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
OHIO EASTERN DIVISION

| | | |
|---|---|---|
| Adam Savett , | ) | CASE NO.   1:18-cv-274 |
| | ) | |
| Plaintiff(s), | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| Anthem, Inc. , | ) | |
| | ) | |
| Defendant(s). | ) | REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND L.R. 16.3(b) |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on   May 24  , 20 18  , and was attended by:

  Benjamin H. Richman             counsel for plaintiff(s)   Savett  
  Daniel Karon                    counsel for plaintiff(s)   Savett  
  Chad Fuller                     counsel for defendant(s)   Anthem  
  Virginia Bell Flynn             counsel for defendant(s)   Anthem  

2. The parties:

____ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

 X  will exchange such disclosures by                June 22    , 20 18 ;

____ have not been required to make initial disclosures.

3. The parties recommend the following track:

___ Expedited  X   Standard ___ Complex ___ Administrative ___ Mass Tort

4. Pursuant to Local Rule 5.1(c) all documents must be electronically filed absent a showing of good cause.

5. This case **is** suitable for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:

_____ Early Neutral Evaluation  X   Mediation _____ Arbitration.

 X    Case **is not** suitable for ADR at this time but may be after discovery. _____ Case **is not** suitable for ADR at any time.

6. The parties _____ do/  X   do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Recommended Discovery Plan:

(a) Describe the subjects, nature and extent of discovery

_____

_____

_____:

(b) Non-Expert discovery cut-off date:_____

(c) Plaintiff's expert report due date:  _____

(d) Defendant's expert report due date: _____

(e) Expert discovery cut-off date:         _____

8. Recommended cut-off date for amending the pleadings and/or adding additional parties:  August 30, 2018

9. Recommended dispositive motion date: 45 days after ruling on class certification (see 11 below)

10. Recommended date for a Settlement Conference:  December 5, 2018

11. Other matters for the attention of the Court: As noted above, Plaintiff anticipates filing a motion for class certification upon the completion (or substantial completion) of discovery. Thus, the parties propose that Plaintiff's anticipated motion for class certificaiton be filed no later than May 21, 2019 (following the close of expert discovery). Notwithstanding, should Plaintiff determine that he has obtained sufficient information to move for class certification prior to the close of discovery, he may do so.

_Benjamin H. Richman_____

Attorney for Plaintiff(s) __Savett_____


_Daniel Karon_____

Attorney for Plaintiff(s) __Savett_____


_Natalia Steele_____

Attorney for Defendant(s) __Anthem, Inc._____


_Virginia Bell Flynn_____

Attorney for Defendant(s) __Anthem, Inc._____