# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ADAM SAVETT, individually and on behalf of all others similarly situated,**

    **Plaintiff,**

**vs.**

**ANTHEM, INC., an Indiana corporation,**

    **Defendant.**

**CASE NO. 1:18-CV-274**

**JUDGE PAMELA A. BARKER**

**JUDGMENT ENTRY**

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Defendant Anthem, Inc.'s motion for summary judgment is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 4, 2019

*s/Pamela A. Barker*
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE