Case No. 19-4188

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ADAM SAVETT, individually and on behalf of all others similarly situated

    Plaintiff - Appellant

v.

ANTHEM, INC.

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                **ENTERED PURSUANT TO RULE 33,**
                                **RULES OF THE SIXTH CIRCUIT**
                                Deborah S. Hunt, Clerk

Issued: February 27, 2020